■ In the Matter of DOBY L. FLOWERS, Respondent. HAZEL SWINT, Also Known as ELEXIE LISENBY, Conservatee; ALVIN AGARD, Appellant.—In a proceeding pursuant to Mental Hygiene Law article 77 for the appointment of a conservator of the property of Hazel Swint, also known as Elexie Lisenby, Alvin Agard appeals from an order of the Supreme Court, Queens County (Kassoff, J.), entered July 26, 1990, which, inter alia, appointed the New York Foundation for Senior Citizens, Guardian Services, Inc., as conservator for a period of six months.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The order appealed from, by its terms, has expired. Therefore, the appeal is dismissed as academic (see, Matter of Telesca, 173 AD2d 476). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ In the Matter of JERMAINE G., a Person Alleged to be a Juvenile Delinquent, Appellant.—In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of disposition of the Family Court, Kings County (Pearce, J.), entered April 23, 1990, which, upon a fact-finding order of the same court dated February 14, 1990, made after a hearing, finding that the appellant had committed an act which, if committed by an adult, would have constituted the crime of attempted robbery in the second degree, adjudged him to be a juvenile delinquent and placed him with the Division for Youth, Title II, for a period of 12 months.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606; see also, Matter of N. Children, 169 AD2d 834; Matter of H. Children, 169 AD2d 833). Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.